Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division

FILED

APR 2 6 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

RECEIVED

APR 1 3 2023

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

Joshua Turner # 798-557 Et, AL

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

[Norfolk southern Train company]

Alan shaw

"Et, AL"

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 2:23 CV 1305

*(to be filled in by the Clerk's Office)*

JUDGE WATSON

MAGISTRATE JUDGE SILVAIN

4:23 CV 870

JUDGE CALABRESE

MAG. JUDGE GREENBERG

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

"Statement of Claim" A,B,C,D pg# ①

East palistine ohio had a train Derailment on 2/3/2023 that was Carrying "vinyl chloride" witch is Deadly For Future Medical problems and Respatory Failure ½ of a Madorty of fish, and wild life in water near the cite has Been Found Dead, the train cars had about 5 cars filled with this chremical.. Wen they were spilling into our water and Ground - "Envirnoment" our AIR, water Ground, wells, Everything has Been contamidated there has been no Effort's to Giving bottoled water to Any inmate's, As in Recent day's after the Derailment el have had consistant head Aces, chest pain's hard to Breath, I filled out Medical slips wich Medical has Advised to Me that el have weezing, Rashes and minor Head Aces's due to the vinyl chloride, it's Making Me Dizzy and light Headed, Due to "Norfolk southern train company" being unresponsible to our community Everywhere in the united states

pg #(2)

there Actions at Norfolk southern are unexceptable !,, who can say my future "Long term" Medical problems will not happen, Also the Actions wer to personally Blow the tanks up Allowing the Deadly Chemicals to leak Moore & Moore into our water and Enviroment, wich the C.E.O (Alan shaw) of Norfolk southern. has been Asked Multiple times for More safty Ect. if the correct Action wer taken by "Alan shaw" Maybe ½ of this (tragic) would not of happen. if the courts would except this Request in ~~[illegible]~~ Good Faith..

Respectfuly submitted;
Josh Turner #798-557
878 coitesville-Hubbard Rd
youngstown, ohio 44505
2/12/2023

"Afidavit"

I am stating Everything that Happened while all of this train Derailment has happend so the facts in my statement of claim is true & correct to the Best of My Knowlage in My intire complaint is true. Signature: [signature] 798-557

Executed on 4/12/2023

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Josh Turner #778-557

All other names by which you have been known: [redacted]

ID Number: [redacted]

Current Institution: [redacted]

Address: 878 Coitesville-Hubbard Rd

Youngstown (City) ohio (State) 44505 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Alan shaw Et. AL

Job or Title *(if known)*: C.E.O Norfolk southern Train company

Shield Number:

Employer:

Address: 650 West.Peachtree st N.E

Atlanta (City) GA (State) 30308 (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name:

Job or Title *(if known)*:

Shield Number:

Employer:

Address:

City State Zip Code

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name

Job or Title *(if known)*

Shield Number

Employer

Address

*City* *State* *Zip Code*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

*City* *State* *Zip Code*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

893 [☒ Environmental Matters] "[other statutes]" 440

The 8th & 9th Admendment to the united states constution.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

[illegible]

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur?

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I have "Respatory Failur" skin Rashes and a scare ~~[illegible]~~ ~~[illegible]~~ ~~the~~ on my facial Area. and a cough that wont stop. consistant Breathing problems from "vinyl claride."

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I am Respectfuly Requesting that the courts Grant $25,000,000, in Money ~~[illegible]~~ Damages, also showing that Hazrdous cheemcals on the train to people in the communitys, Also show Emotional and Money support in the future Health problems, I Also want to Be compansated with Money for my physical Health problems from Train Derailment.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

N-A

2. What did you claim in your grievance?

N-A

3. What was the result, if any?

N-A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Nothing Happend at this prison thats why i can't Grievance opon this complain with North Folk Southern train company.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:



the Grievance Dose not Apply to outside situation. only inhouse complaints.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

yes Medical staff, with Health service Request form and they said im okay here are some pain pills than some test said Deal with My Medical problem.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

see Medical Records wen Requested as needed by courts.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) __________

   Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. __________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Joshua Kenneth Turner #749-677

   Defendant(s) "ODRC" Et, AL

2. Court *(if federal court, name the district; if state court, name the county and State)*

   United states District court for the southern District of ohio

3. Docket or index number

   2:19-cv-02376-MHW-EPD

4. Name of Judge assigned to your case

   Miceal H. watson, Elizebeth preston Deavers

5. Approximate date of filing lawsuit

   2019 5/26/2019

6. Is the case still pending?

   ☑ Yes

   ☐ No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Judgement was enter "Mediation" was Met. in favor of plaintiff. Myself.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-12-2023

Signature of Plaintiff [signature]

Printed Name of Plaintiff Joshua Turner #798-557

Prison Identification # #798-557

Prison Address 878 coitesville - Hubbard Rd

youngstown | ohio | 44505

City | State | Zip Code

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Address ____________

City | State | Zip Code

Telephone Number ____________

E-mail Address ____________